# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY SANDERS,                           No. 2:16-CV-1631-CMK-P

        Petitioner,

    vs.                                                ORDER

BOARD OF PRISON TERMS,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 7) for leave to proceed in forma pauperis. A review of the docket, however, reflects that petitioner has paid the filing fee for this action. Petitioner's motion is, therefore, denied as unnecessary.

        IT IS SO ORDERED.


 DATED: August 23, 2017

                               _____
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE